UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CARL JOSEPH MCDANIEL,

    Plaintiff,

v.                                      Case No. 17-C-1493

WARDEN MICHAEL MEISNER, et al.,

    Defendants.

## ORDER DENYING MOTION TO RESCHEDULE TELEPHONE CONFERENCE

The court held a telephone conference in the above matter on October 4, 2018. The plaintiff failed to appear, apparently because he was not provided a wheelchair. Counsel who has been recruited to assist the plaintiff in preparing an amended complaint did appear, however, and indicated he would be meeting with the plaintiff on Monday, October 8, 2018. Counsel can convey to plaintiff the events that occurred during the hearing and, if a further hearing is necessary, plaintiff should renew his request. At this time, however, the motion for a rescheduled hearing is denied.

Dated this  9th  day of October, 2018.

                                            s/ William C. Griesbach
                                            William C. Griesbach, Chief Judge
                                            United States District Court