IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

CARL JOSEPH MCDANIEL,

      Plaintiff,

      v.                     Case No. 17CV1493

WISCONSIN DEPARTMENT OF
CORRECTIONS, *et al.*,

      Defendants.

---

## DEFENDANTS' NOTICE OF SETTLEMENT AND UNOPPOSED MOTION TO STAY ALL LITIGATION DEADLINES

---

On March 20, 2024, the Parties to this action reached a settlement in principle that will resolve all issues in this lawsuit. While the Parties memorialize the terms of their settlement and fulfill their respective obligations, they have agreed to stay all further litigation. The parties expect to file a stipulation for dismissal within the next 60 days.

For these reasons, continued litigation of this lawsuit is currently unnecessary, and the Defendants respectfully request that the Court stay all deadlines related to this matter.

Dated April 25, 2025.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

s/ Jeffery A. Simcox
JEFFERY A. SIMCOX
Assistant Attorney General
State Bar #1116949

Attorneys for State Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-3861
(608) 294-2907 (Fax)
simcoxja@doj.state.wi.us
.