**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN**

---

CARL JOSEPH MCDANIEL,

                    Plaintiff,

                    v.                                    Case No. 17-CV-1493

WISCONSIN DEPARTMENT OF CORRECTIONS,
et al.,

                    Defendants.

---

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Robert McDaniel, as Executor of the Estate of Carl Joseph McDaniel ("Plaintiff"), and Defendants Michael Fink, Susan Novak, Salam Syed, Dan Winkleski, and the Wisconsin Department of Corrections ("Defendants"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party bearing their own attorneys' fees, costs, and expenses. The parties also withdraw and terminate all pending motions submitted in this action.

4897-3596-4238.2

Dated: June 18, 2025

By: */s/ Charles W. Niemann*
    David W. Simon (Bar No. 1024009)
    Charles W. Niemann (Bar No. 1119448)
    FOLEY & LARDNER LLP
    777 East Wisconsin Avenue
    Milwaukee, WI 53202
    Telephone (414) 271.2400
    Facsimile (414) 297.4900
    Email: dsimon@foley.com
          cniemann@foley.com

    *Attorneys for Plaintiff*

By: */s/ Jeffery A. Simcox*
    Joshua L. Kaul, Attorney General of
    Wisconsin
    Jeffery A. Simcox (Bar No. 1116949)
    WISCONSIN DEPARTMENT OF JUSTICE

    P.O. Box 7857
    Madison, WI 53707-7857
    Telephone: (608) 266.3861
    Facsimile: (608) 294.2907
    Email: simcoxja@doj.state.wi.us

    *Attorneys for Defendants*

**PROOF OF SERVICE**

I hereby certify that a true and correct copy of the foregoing JOINT STIPULATION OF

DISMISSAL WITH PREJUDICE was served by ECF on June 18, 2025 on all counsel or parties of

record.

        */s/ Charles W. Niemann*
        Charles W. Niemann

4897-3596-4238.2